## UNITED STATES DISTRICT COURT

### District of New Jersey

Chambers of
**William H. Walls**
District Judge

(973) 645-2564
(973) 645-3436 Fax

Martin Luther King Jr.
Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

March 19, 2013

Harvey Weissbard, Esq.
Genova Burns Giantomasi & Webster
494 Broad Street
Newark, NJ 07101

RE: **United States of America v. Victor J. Horowitz**
    **Crim. No. 12-00572**

Dear Mr. Weissbard:

At the March 13, 2013 hearing, I told your client, the Defendant Horowitz, in the presence of counsel, my reasons for imposing a 17 month custodial sentence upon him.

Those reasons, incorporated here by reference, cause me to decline to exercise my discretion to modify such sentence into a "split" one as requested by you in your later letter.

The 17 month sentence of imprisonment is as ordered on March 13.

Yours truly,

WILLIAM H. WALLS
United States District Judge

cc: Jacob T. Elberg, AUSA
    David Gross, Esq.